| | AUSA: | Diane Princ | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Robert J. Schmitz | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

v.

Andre Dwayne Butler

Case: 2:25-mj-30590
Assigned To : Unassigned
Assign. Date : 9/18/2025
Description: USA V SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 25, 2025 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Interference with commerce by robbery. |
| 18 U.S.C. § 924(c) | Discharge of a firearm during and in relation to a crime of violence. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert J. Schmitz, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ September 18, 2025 _____

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Robert J. Schmitz, assigned to the FBI Violent Crime Task Force, being duly sworn, hereby state:

### INTRODUCTION AND BACKGROUND

1.     I have been a Special Agent with the Federal Bureau of Investigation (FBI) since January 2016.  I am currently assigned to the FBI Detroit Violent Crime Task Force (VCTF). I have conducted or assisted in numerous investigations of federal violations, including crimes of violence, firearms, and drug trafficking. I have gained experience through training and everyday work related to these types of investigations.

2.     I make this affidavit based on my training and experience, my participation in this investigation, and reports, communications, and information from the Detroit Police Department and other FBI Special Agents. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.     The information in this affidavit is provided for the limited purpose of establishing probable cause that Andre Dwayne BUTLER violated 18 U.S.C. § 1951(a), interference with commerce by robbery, and 18 U.S.C. § 924(c), discharge of a firearm during and in relation to a crime of violence.

**PROBABLE CAUSE**

4.       On May 25, 2025, at approximately 10:30 AM, Detroit Police

Department officers responded to the Marathon Gas Station at 7500 Davison W in

Detroit, Michigan for reports of an armed robbery and non-fatal shooting.

**Interview of Victim-1**

5.       Officers interviewed Victim-1, who worked behind the

counter/register at the Marathon gas station as an attendant. Victim-1 stated that

the suspect walked into the gas station and attempted to buy items. Victim-1 stated

that Victim-2 worked at the gas station as security. When Victim-2 walked into the

gas station and entered through the door leading behind the counter to join Victim-

1, the suspect followed Victim-2 through the door. The suspect then pointed a

black revolver at Victim-1's head and demanded him to hand over money. Victim-

1 stated that the suspect then told both victims to give him all the money. After

giving the suspect money, the suspect attempted to force both victims into the

bathroom. Victim-2 then attempted to grab the robber's gun. Victim-2 and the

robber began fighting, during which the robber shot Victim-2 in the left upper

thigh. Victim-2 was then able to get the weapon from the robber and he began to

hit the robber with the gun. Once Victim-2 was able to get the gun back and get

away from the robber, the robber left the location traveling northbound on Ewald

Circle on foot.

**Interview of Victim-2**

6.      Affiant and another member of FBI VCTF responded to the hospital to interview Victim-2, who had sustained a gunshot wound to his left thigh. Victim-2 stated that on the morning of May 25, 2025, he entered the Marathon gas station to hang out with Victim-1 and smoke marijuana. The robber initially entered the Marathon and asked Victim-2 for marijuana. After giving the suspect some marijuana, Victim-2 walked back behind the enclosed store counter, forgetting to shut and lock the door behind him. The suspect followed Victim-2 behind the counter, produced a gun, and announced a robbery. Victim-2 described the suspect's gun as a .38 snub-nosed revolver.

7.      The suspect instructed Victim-1 to place money from the cash register into a plastic bag. The suspect then instructed Victim-2 to place his stuff into the bag. Victim-2 placed his marijuana and PlayStation 4 video game controller into the suspect's bag. The suspect then instructed Victim-1 and Victim-2 to go into the bathroom. Victim-2 then quickly moved to disarm the robber at which time they got in a fight and went to the ground. While on the ground and struggling for the gun, the suspect fired one round that hit Victim-2 in his left thigh. Victim-2 then put his hand in between the hammer of the revolver and the frame. The suspect realized that he could not fire another round, and he bit Victim-2 in the area of his left wrist. Victim-2 eventually gained control of the gun and began striking the

suspect over the head. Victim-2 could tell that the suspect sustained injuries as a result of the fight and being struck in the head.

8.      Victim-2 got back to his feet, pointed the gun at the suspect, and yelled at him to get out. Victim-2 described the suspect as being taller, maybe six feet tall or so, and dark-skinned. Victim-2 stated that he had seen the suspect at the Marathon before.

9.      Victim-2 was initially listed in critical condition due to the amount of blood loss from the gunshot wound. Victim-2 eventually made a full recovery from the wound.

### Recovery of Evidence and Review of Surveillance Footage

10.      Detroit Police Department recovered the suspect's gun, a 38 Special caliber Smith & Wesson, model 10-5, six-shot revolver from the gas station on May 25, 2025. Evidence technicians obtained swabs for DNA and fingerprints at the scene. Items were submitted to the Michigan State Police Crime for analysis and the results are still pending.

11.      Detroit Police Department obtained surveillance footage of the Marathon Gas Station robbery on May 25, 2025, showing two different camera angles. The robbery occurs at approximately 10:30:50 AM and ends at approximately 10:33:10 AM. I reviewed the footage and observed that the robbery happens as described by Victim-1 and Victim-2. The suspect, wearing a black

mask, dark-colored hooded sweatshirt, jeans and Nike athletic shoes, initially

walks in and interacts with Victim-2, as shown in the screenshot below.



     12.    After Victim-2 walks through the door behind the enclosed counter,

the suspect follows him and produces a gun as shown in the screenshots below.

5





13.    As described by Victim-2, after the suspect produces a gun and obtains cash from Victim-1 and the items from Victim-2, he appears to order both victims into the bathroom. A short time later, Victim-2 lunges out, attempts to disarm the suspect and both go to the ground. On the surveillance video, an audible gunshot is heard and blood is observed on both victims, the suspect, and on the ground. The fight between Victim-2 and the suspect is captured in the below screenshot.



14.    I observed that during the fight, the suspect's shirt is lifted up, exposing a unique tattoo on the suspect's back. The suspect's partial tattoo appears to be a tail wrapped around a cross, as shown in the below screenshot.



15.     As described by Victim-2, Victim-2 eventually gains control of the gun and strikes the suspect over the head. Victim-2 gets to his feet, points the gun at the suspect, and the suspect flees the store.

**Crime Stoppers Tip**

16.     In July 2025, Detroit Police Department received a Crime Stoppers tip regarding the May 25, 2025, robbery of the Marathon Gas Station. Crime Stoppers is an organization that allows individuals to report information on crime anonymously via telephone call or online submission form. The Crime Stoppers tip provided the following information on the alleged suspect:

- First Name: Andrew
- Last Name: Butler
- Ethnicity: Black
- Gender: Male
- Height: 6'1"
- Weight: 195

8

- Hair Color/Style: Bald

- Facial Hair: mustache and beard

- Eye Color: brown

- Suspect's Phone Number: UKN

- Age: 44

- Complete Address: XXXX8 Monica St, Detroit, MI 48238

- Vehicle Color: Silver

17.    FBI VCTF conducted further investigation leading to evidence corroborating the information provided to Crime Stoppers. Specifically, FBI VCTF received the Crime Stoppers tip and conducted research on the XXXX8 Monica St address, which is approximately .3 miles from the Marathon Gas Station at 7500 W. Davison.

18.    It was discovered that in April 2025, according to a Detroit Police Department event report, officers responded to XXXX8 Monica St. The event report states that "Andre Butler" called 911 and advised that his girlfriend's son was attempting to take her car keys from him. The event report indicates that Butler and the girlfriend's son got into a non-physical altercation.

19.    Based on the Crime Stoppers tip and event report, FBI VCTF determined that the caller was likely Andre Dwayne BUTLER, DOB: XX/XX/1980. BUTLER's birthdate is consistent with the information provided to Crime Stoppers that the suspect was 44 years old. Additionally, according to State

9

of Michigan driver's license records, BUTLER is a black male and listed at 6'1",

195 lbs with brown eyes, matching the information in the Crime Stoppers tip. In

his Michigan driver's license photograph, BUTLER is bald, with a mustache and

beard as described in the Crime Stoppers tip. A criminal history run for BUTLER

revealed prior convictions for Unlawfully Driving Away an Automobile – Attempt,

Weapons - Carrying Concealed, Armed Robbery, Assault with Dangerous

Weapon, and Prisons - Prisoner Possessing Weapons.

20.    FBI VCTF searched BUTLER in a law enforcement database and

obtained 2018 booking photographs of BUTLER that were taken by the Troy

Police Department. The booking photos included photographs of BUTLER and his

tattoos. As shown in the photograph below, BUTLER has numerous tattoos on his

back, including a tattoo of cross with a tail wrapped around it.



21.     When compared side-by-side to the suspect's tattoo captured on the surveillance footage of the Marathon gas station robbery, as shown in the below screenshot, they appear to be identical.



22.     In August 2025, affiant obtained a federal search warrant for historical location information on BUTLER's T-Mobile cellular device.  The information returned from T-Mobile indicated that BUTLER's cellular device received an incoming call five minutes before the robbery on May 25, 2025, at approximately 10:25 AM. The incoming call to BUTLER's phone used a cell phone tower consistent with being in the area of the Marathon Gas Station at 7500 Davison W, Detroit, MI.

23.     One hour after the robbery, at approximately 11:35 AM, lasting until at least approximately 3:55 PM, BUTLER's phone used cell phone towers consistent with being in the area of Henry Ford Hospital.

24.     In September 2025, Affiant received information that BUTLER entered the emergency room at Henry Ford Hospital at 11:30 AM on May 25, 2025. BUTLER presented with lacerations, abrasions and swelling on his head. BUTLER received staples in the emergency room to treat his head injuries, consistent with Victim-2's description of the injuries to the suspect, as described above in Paragraph 7.

25.     The Marathon Gas Station conducts business in interstate commerce.

## CONCLUSION

26.     Based on the above information, there is probable cause to believe that BUTLER violated 18 U.S.C. § 1951(a), interference with commerce by robbery, and 18 U.S.C. § 924(c), discharge of a firearm during and in relation to a

crime of violence, in Detroit, Michigan, located in the Eastern District of

Michigan.

Respectfully submitted,

Robert J. Schmitz, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

Date:   September 18, 2025

13